IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 14-377 (LPS) |
| ) | |
| FUTURE LINK SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF TIMOTHY G. MAJORS IN SUPPORT OF INTEL CORPORATION'S OPPOSITION TO FUTURE LINK SYSTEMS' MOTION TO DISMISS**

I, Timothy G. Majors, declare:

1. I am an attorney licensed and admitted to practice law in California and Colorado. I am a partner with the law firm Kirkland & Ellis LLP, counsel for Declaratory Judgment Plaintiff Intel Corporation ("Intel"), and was admitted *pro hac vice* in the above-captioned action on June 16, 2014.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Future Link Systems, LLC ("Future Link") to Anthony Peterman, Dell Legal Department, dated April 15, 2013.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Future Link to John F. Schultz, Executive Vice President, General Counsel, Hewlett Packard Company, dated April 15, 2013.

4. Attached as Exhibit 3 is a true and correct copy of a chart listing five United States Patents and respective "Representative Products" sent by Future Link to Promise Technology in June of 2013.

5. Attached as Exhibit 4 is a true and correct copy of an NXP / IP Value claim chart, entitled "US Patent 6,606,576 NXP B.V. D.C. Sessions," "Real-Time Channel Calibration Method and Arrangement," "Dell Computer Systems Using PCI Express."

6. Attached as Exhibit 5 is a true and correct copy of a Product Brief for the Intel X58 Express Chipset.

7. Attached as Exhibit 6 is a true and correct copy of Link Systems International B.V.'s Subpoena to Intel Corporation to Testify at a Deposition in a Civil Action, dated May 28, 2014, and issued in Case No. 5:14-mc-80128-LHK (HRL), pending in the United States District Court for the Northern District of California.

8. Attached as Exhibit 7 is a true and correct copy of Link Systems International B.V.'s Subpoena to Intel Corporation to Produce Documents, dated May 28, 2014, and issued in Case No. 5:14-mc-80128-LHK (HRL), pending in the United States District Court for the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, in Erie, Colorado.

Timothy G. Majors