IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>FUTURE LINK SYSTEMS, LLC,<br><br>    Defendant. | Case No. 14-cv-377-LPS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that pursuant to D. Del. LR 83.7, the appearance of Kevin Kiley of Irell & Manella LLP is hereby withdrawn. Farnan LLP and Irell & Manella LLP will continue to represent Defendant.

Dated: January 15, 2015

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Street
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Ben Hattenbach (admitted *pro hac vice*)
Melissa McCormick (admitted *pro hac vice*)
Richard W. Krebs (admitted *pro hac vice*)
Dominik Slusarczyk (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
bhattenbach@irell.com
mmccormick@irell.com

rkrebs@irell.com
dslusarczyk@irell.com

*Attorneys for Defendant*
*Future Link Systems, LLC*