IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-377 (LPS) |
| | ) | |
| FUTURE LINK SYSTEMS, LLC, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF CHRISTOPHER LAWLESS IN SUPPORT OF INTEL CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON THE LICENSE ISSUE**

I, Christopher Lawless, declare:

1. I am an attorney licensed and admitted to practice law in California. I am a partner with the law firm Kirkland & Ellis LLP, counsel for Plaintiff Intel Corporation ("Intel") in this matter, and was admitted *pro hac vice* in the above-captioned action on October 27, 2014. I make this declaration in support of Intel's Motion for Summary Judgment on the License Issue.

2. Attached as Exhibit 1 is a true and correct copy of the cross-license agreement between Intel Corporation, Philips Electronics N.V., and North American Philips Corporation, dated ▮▮▮▮.

3. Exhibit 2 is intentionally reserved.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 5,608,357.

5. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,870,570.

6.  Attached as Exhibit 5 is a true and correct copy of U.S. Patent No. 6,008,823.

7. Attached as Exhibit 6 is a true and correct copy of U.S. Patent No 6,108,738.

8. Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 6,622,108.

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of

Aaron Waxler, NXP Semiconductors' corporate designee under Federal Rule of Civil Procedure 30(b)(6), taken on October 23, 2015.

10. Attached as Exhibit 9 is a true and correct copy of an April 15, 2013 letter from Future Link's then Managing Director, Brian Marcucci, to ▮▮▮▮▮▮▮▮▮▮.

11. Attached as Exhibit 10 is a true and correct copy of a listing of the Licensed Products as referenced in Intel's present motion.

12. Attached as Exhibit 11 is a true and correct copy of assignment histories for U.S. Patent Nos. 5,608,357; 5,870,570; 6,108,738; 6,008,823; and 6,622,108 (the "Licensed Patents") as listed on the United States Patent and Trademark Office's Assignments on the Web database, as of December 18, 2015.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from Future Link's Preliminary Claim Charts, served on June 5, 2015 in this matter, pertaining to the Licensed Patents.

14. Attached as Exhibit 13 is a true and correct copy of Future Link's Supplemental Infringement Claim Charts for the Licensed Patents, served on November 19, 2015 in this matter.

15. Attached as Exhibit 14 is a true and correct copy of an Intel document entitled "From sand to circuits: How Intel makes integrated circuit chips" copyright dated 2005.

16. Attached as Exhibit 15 is a true and correct copy of an Intel document entitled "Transistors to Transformations: From Sand to Circuits — How Intel Makes Chips" copyright dated 2012.

17. Attached as Exhibit 16 is a true and correct copy of United States Patent No. 5,630,075, entitled "Write Combining Buffer For Sequentially Addressed Partial Line Operations Originating From A Single Instruction."

18. Attached as Exhibit 17 is a true and correct copy of an email produced by Future Link in this matter, from Future Link's Brian Marcucci to ▮▮▮▮▮▮, dated October 30, 2013.

19. Attached as Exhibit 18 is a true and correct copy of a letter produced by Future Link in this matter, from Future Link's Brian Marcucci to ███████████████████████████████, dated June 4, 2013.

20. Attached as Exhibit 19 is a true and correct copy of an Intel document entitled "P1266 Technology Introduction Vol. 1 of 5" copyright dated 2006.

21. Attached as Exhibit 20 is a true and correct copy of an Intel document entitled "P1266 Technology Introduction, Vol. 3 of 5" copyright dated 2006.

22. Attached as Exhibit 21 is a true and correct copy of an Intel document entitled "P1271 Design Rules Overview" dated December 18, 2009.

23. Attached as Exhibit 22 is a true and correct copy of an Intel document entitled "P1271.3 Design Rules Overview" dated 2011.

24. Attached as Exhibit 23 is a true and correct copy of a Patent Assignment and License Agreement between Partners for Corporate Research International and NXP B.V., dated June 28, 2012, and produced by Future Link in this matter.

25. Attached as Exhibit 24 is a true and correct copy of a document entitled Assignment of Patent Rights between Future Link Systems, LLC and Partners for Corporate Research International, dated January 1, 2013, and produced by Future Link in this matter.

26. Attached as Exhibit 25 is a true and correct copy of Future Link Systems, LLC's Contentions Responsive to Intel Corporation's Supplemental License Contentions, served on August 17, 2015 in this matter.

27. Attached as Exhibit 26 is a true and correct copy of Future Link Systems, LLC's Contentions Responsive to Intel Corporation's Supplemental License Contentions, served on September 18, 2015 in this matter.

28. Attached as Exhibit 27 is a true and correct copy of an S&P Capital IQ Report regarding Philips Semiconductors, Inc., from McGraw Hill Financial, dated August 24, 2015.

29. Attached as Exhibit 28 is a true and correct copy of a United States Securities and Exchange Commission ("SEC"), Form 20-F filing by Koninklijke Philips N.V. for the fiscal year ending December 31, 2014, and filed with the SEC on February 24, 2015.

30. Attached as Exhibit 29 is a true and correct copy of the PCI Express Base Specification, Revision 1.0a, dated April 15, 2003 and produced by the PCI-SIG (Special Interest Group) in this matter.

31. Attached as Exhibit 30 is a true and correct copy of the PCI Local Bus Specification, Revision 2.2, Dated December 18, 1998, and available for download from the PCI-SIG website.

32. Attached as Exhibit 31 is a true and correct copy of an NXP Product Data Sheet for the PX1011B PCI Express stand-alone X1 PHY, Rev. 6, dated June 27, 2011, and produced by NXP in this matter.

33. Attached as Exhibit 32 is a true and correct copy of an NXP Product Data Sheet for the CBTL02042A and CBTL02042B 3.3 V, 2 differential channel, 2:1 multiplexer/demultiplexer switch for PCI Express Gen2, Rev.1, dated March 20, 2011. and produced by NXP in this matter.

34. Attached as Exhibit 33 is a true and correct copy of an NXP Product Data Sheet for the SAF1562 Hi-Speed Universal Serial bus PCI Host Controller, Rev.3, dated June 19, 2012, and available for download from NXP's website.

35. Attached as Exhibit 34 is a true and correct copy of the PCI Express Base Specification, Revision 1.1, dated November 22, 2004, and produced by the PCI-SIG in this matter.

36. Attached as Exhibit 35 is a true and correct copy of excerpts from the deposition transcript of Paul Seaman, Future Link LLC's corporate designee under Federal Rule of Civil Procedure 30(b)(6), taken on August 13, 2015.

37. Attached as Exhibit 36 is a true and correct copy of a white paper entitled "Tri-Gate Fully-Depleted CMOS Transistors: Frabircation, Design, and Layout," authored by B. Doyle, et al., of Intel Corporation, from the 2003 Symposium on VLSI Technology Digest of Technical Papers.

38. Attached as Exhibit 37 is a true and correct copy of a white paper entitled "22-nm Fully-Depleted Tri-Gate CMOS Transistors," authored by Chris Auth of Intel Corporation.

39. Attached as Exhibit 38 is a true and correct copy of the Intel Technology Journal, Volume 12, Issue 2, published June 17, 2008.

40. Attached as Exhibit 39 is a true and correct copy of an NXP Product Data Sheet for the CBTW28DD14 14-bit bus switch/multiplexer for DDR2/DDR3/DDR3 applications, Rev. 6, dated July 25, 2014, and available for download from NXP's website.

41. Attached as Exhibit 40 is a true and correct copy of an NXP Product Brief for the CBTV24DD12 12-bit bus switch/multiplexer for DDR4-DDR3-DDR2 applications, Rev. 1, dated August 28, 2014, and available for download from NXP's website.

42. Attached as Exhibit 41 is a true and correct copy of a Philips Preliminary Data Sheet for the PX1011A-EL1 PCI Express stand-alone PHY, Rev. 1, dated May 19, 2005, and produced by NXP in this matter.

43. Attached as Exhibit 42 is a true and correct copy of a Philips Product data sheet for the PX1011A/PX1012A PCI Express stand-alone X1 PHY, Rev. 2, dated May 18, 2006, and produced by NXP in this matter.

44. [Exhibit 43 is intentionally reserved]

45. Attached as Exhibit 44 is a true and correct copy of a Philips Objection Specification for the UCB1500 PCI to AC97 bridge/host controller, Rev. 1, dated February 4, 2000.

46. Attached as Exhibit 45 is a true and correct copy of a Philips data sheet for ISP 1562 Hi-Speed Universal Serial bus PCI Host Controller, Rev. 1, dated July 14, 2005.

47. Attached as Exhibit 46 is a true and correct copy of a Philips Semiconductors Data Sheet for the SAA4951 memory controller, dated April 1994.

48. Attached as Exhibit 47 is a true and correct copy of a Philips Semiconductors Data Sheet for the SAA5249 Integrated VIP and Teletext with Background Memory Controller, dated November 7, 1996.

49. Attached as Exhibit 48 is a true and correct copy of an NXP Semiconductors Product Discontinuation notice, dated June 30, 2008, and produced by NXP in this matter.

50. Attached as Exhibit 49 is a true and correct copy of excerpts from Future Link's Second Supplemental Responses to Intel Corporation's First Set of Interrogatories, served December 4, 2015 in this matter, regarding Interrogatory Nos. 1 and 6.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of December, 2015, in Los Angeles, California.

Christopher Lawless