IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-377 (LPS) |
| | ) |
| FUTURE LINK SYSTEMS, LLC, | ) |
| | ) |
| Defendant. | ) |

**INTEL CORPORATION'S *DAUBERT* MOTION TO EXCLUDE REASONABLE ROYALTY OPINIONS OF FUTURE LINK'S DAMAGES EXPERTS**

Pursuant to Federal Rule of Evidence 702, Plaintiff Intel Corporation ("Intel") moves the Court to exclude certain opinions of Defendant Future Link Systems, LLC's ("FLS") expert witnesses.

Specifically, Intel moves the Court to exclude the opinions of Mark Chandler, Dr. Ryan Sullivan, Dr. William Michael Johnson, and Dr. Mural Annavaram relating to their calculation of a reasonable royalty rate for the asserted patents. Mr. Chandler's opinion should be excluded on the grounds that his analysis (1) fails to apportion the royalty to the value of the allegedly patented technology, and (2) relies on non-comparable licenses as the basis for his royalty rate. Mr. Sullivan's opinion should be excluded on the grounds that his analysis (1) fails to apportion the royalty to the value of the allegedly patented technology and (2) relies on the analysis of other FLS technical expert Drs. William Michael Johnson and Murali Annavaram who also fail to apportion the value of of the allegedly patented technology, and whose opinions should also be excluded.

The specific grounds for this motion are set forth in Intel's opening brief, filed herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Gregory S. Arovas<br>Jon R. Carter<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4766<br><br>Adam Alper<br>Sarah E. Piepmeier<br>Akshay S. Deoras<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94194<br>(415) 439-1400<br><br>Michael W. De Vries<br>Christopher M. Lawless<br>Kevin D. Bendix<br>Benjamin A. Herbert<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA  90071<br>(213) 680-8400<br><br>Lien K. Dang<br>Eric B. Cheng<br>KIRKLAND & ELLIS LLP<br>3330 Hillview Avenue<br>Palo Alto, CA  94304<br>(650) 859-7000<br><br>David Rokach<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>(312) 862-2000<br><br>February 27, 2017 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Plaintiff Intel Corporation* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 27, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Benjamin W. Hattenbach, Esquire<br>Dominick Slusarczyk, Esquire<br>Richard W. Krebs, Esquire<br>Ellisen S. Turner, Esquire<br>Amy E. Proctor, Esquire<br>Molly Russell, Esquire<br>Ian R. Washburn, Esquire<br>Morgan Chu, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067-4276<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
Jeremy A. Tigan (#5239)