## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTEL CORPORATION, a Delaware corporation ) <br> ) <br> Plaintiff and ) <br> Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> FUTURE LINK SYSTEMS, LLC, a Delaware ) <br> corporation ) <br> ) <br> Defendant and ) <br> Counterclaimant. ) | Civil Action No. 14-377 (LPS) |

## DECLARATION OF MARK CHANDLER IN SUPPORT OF FUTURE LINK SYSTEMS, LLC'S OPPOSITIONS TO INTEL'S MOTIONS FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT TESTIMONY

I, Mark Chandler, declare as follows:

1. I prepared expert reports in connection with the above-captioned matter, which I understand were served on Intel Corporation's counsel on November 18, 2016, December 16, 2016, and January 27, 2017.

2. I have been asked by Future Link Systems, LLC to offer my expert opinions in the above-captioned case. I submit this declaration in support of Future Link Systems, LLC's Oppositions to Intel's Motions for Summary Judgment and Motion to Exclude Expert Testimony.

3. Attached as Exhibit A is a true and correct copy of my opening expert report, which I understand was served on November 18, 2016.

4. Attached as Exhibit B is a true and correct copy of my rebuttal expert report, which I understand was served on December 16, 2016.

5. Attached as Exhibit C is a true and correct copy of my reply expert report, which I understand was served on January 27, 2017.

6. I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement therein.

7. I declare under penalty of perjury under the laws of the United States that the foregoing and the content of my expert reports are true and correct to the best of my knowledge and belief.

_____
Mark Chandler

MARCH 24, 2017
Date