IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTEL CORPORATION,

       Plaintiff,

v.

FUTURE LINK SYSTEMS, LLC,

       Defendant.

C.A. No. 14-377-LPS

**ORDER**

At Wilmington, this **1st** day of **June, 2017**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1. Intel's Motion to Exclude Reasonable Royalty Opinions of Future Link's Damages Experts (D.I. 525) is **DENIED**.

2. Future Link's Motion to Preclude Expert Testimony (D.I. 526) is **DENIED** to the extent addressed in the Memorandum Opinion.

3. The parties shall meet and confer and, no later than **June 5, 2017**, submit a proposed redacted version of the Memorandum Opinion.

                                  HONORABLE LEONARD P. STARK
                                  UNITED STATES DISTRICT JUDGE