**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

INTEL CORPORATION, :
Plaintiff, :
v. : C.A. No. 14-377-LPS
FUTURE LINK SYSTEMS, LLC, :
Defendant. :

---

**ORDER**

At Wilmington, this **31st** day of **July, 2017**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1. Future Link's Motion for Summary Judgment (D.I. 520) is **GRANTED IN PART** and **DENIED IN PART**.

2. Intel's Motion for Summary Judgment (D.I. 522) is **DENIED**.

3. Future Link's Motion to Preclude Expert Testimony (D.I. 526) is **GRANTED IN PART** and **DENIED IN PART**.

4. Intel's Motion for Summary Judgment of No Willfulness and No Unclean Hands (D.I. 531) is **GRANTED IN PART** and **DENIED IN PART**.

5. As the Memorandum Opinion has been filed under seal, the parties shall meet and confer and, no later than **August 2, 2017**, submit a proposed redacted version of it. Thereafter, the Court will issue a publicly-available version.

HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT