IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTEL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-377 (LPS) |
| | ) | |
| FUTURE LINK SYSTEMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff and Counterclaim-Defendant Intel Corporation ("Intel") and Defendant and Counterclaimant Future Link Systems, LLC ("Future Link") (collectively, "the Parties") have resolved all claims and counterclaims in this case, and have signed a written settlement agreement, dated August 14, 2017.

It is hereby stipulated by the Parties, through their attorneys of record, subject to the approval of the Court, that:

1.  All of the parties' respective claims and counterclaims are dismissed with prejudice;

2.  each party shall bear its own attorneys' fees, costs, and expenses;

3.  the Parties waive all rights of appeal; and

4.  the Court retains jurisdiction to enforce the Parties' written settlement agreement.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ JACK B. BLUMENFELD*

_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Jeremy A. Tigan (#5239)
1201 North Market Street
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiff*

August 15, 2017

FARNAN LLP

*/s/ BRIAN E. FARNAN*

_____

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*

SO ORDERED this _____ day of August, 2017.

_____
The Honorable Leonard P. Stark